UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-93-D-RJ-1

UNITED STATES OF AMERICA

v.                                                          ORDER

ERNEST ELEY PEPPERS

On motion of the Defendant, Ernest Eley Peppers, and for good cause shown, it is hereby

ORDERED that the document at Docket Entry #45 be sealed until further notice by this Court,

except that copies may be provided to the Assistant United States Attorney and Counsel for the

Defendant.

SO ORDERED, this ⅂ day of April, 2026

JAMES C. DEVER III
United States District Judge