IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-93-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ERNEST ELEY PEPPERS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to the pending petition for remission [D.E. 61] not later than October 9, 2026.

SO ORDERED. This 21 day of August, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge